NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MANUEL ENRIQUE PAGAN, JR.,⁣ )
⁣ )
      Appellant,⁣ )
⁣ )
v.⁣ )⁣    Case No. 2D17-3365
⁣ )
CRISSY CLADAKIS,⁣ )
⁣ )
      Appellee.⁣ )
_____)

Opinion filed February 14, 2018.

Appeal from the Circuit Court for Pasco
County; Philippe Matthey, Judge.

Matthew A. Menendez of Sammis Law Firm,
P.A., for Appellant.

Gino Megna and John F. McGuire of
McGuire Law Offices, P.A., Clearwater, for
Appellee.


PER CURIAM.


      Affirmed.


CASANUEVA, SLEET, and LUCAS, JJ., Concur.